1  **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Carl L. Fessenden - SB #161494
   Michael W. Pott - SB #186156
3  350 University Avenue, Suite 200
   Sacramento, California 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   Attorneys for Defendants
6  SIERRA CHARTER SCHOOL, LISA MARASCO and MIKE McDONALD

7  **MCCORMICK BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP**
8  Anthony N. DeMaria - SB 177894
   P.O. Box 28912
9  5 River Park Place East
   Fresno, CA 93720-1501
10 (559) 433-1300
   (559) 433-2300 (facsimile)
11
   Attorneys for Defendants EASTERN SIERRA UNIFIED
12 SCHOOL DISTRICT AND JOEL HAMPTON

13 **CORNWELL & SAMPLE, LLP**
   Attorneys at Law
14 Stephen R. Cornwell - SB # 40737
   7045 N. Fruit Avenue
15 Fresno, CA 93711-0761
   (559) 431-3142
16 (559) 436-1135 (facsimile)

17 Attorneys for Plaintiff PEGGY ANN DAVIS

18                  UNITED STATED DISTRICT COURT

19           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

20

21 PEGGY ANN DAVIS,                      CASE NO. CIV-F-04-6599 OWW SMS

22                Plaintiff,              **STIPULATION AMENDING
                                          SCHEDULING ORDER AND ORDER
23 v.                                     THEREON**

24 SIERRA CHARTER SCHOOL;
   EASTERN SIERRA UNIFIED SCHOOL         **Complaint Filed: 11/24/04**
25 DISTRICT; LISA MARASCO; MIKE
   McDONALD; JOEL HAMPTON, DOES
26 1 - 25

27                Defendants.
                                    /
28
                                          1
   00444461.WPD    STIPULATION AMENDING SCHEDULING ORDER AND ORDER THERON

| | |
|---|---|
| 1 | EASTERN SIERRA UNIFIED SCHOOL DISTRICT and JOEL HAMPTON |
| 2 | Cross-Complainants, |
| | v. |
| 3 | |
| 4 | SIERRA CHARTER SCHOOL, LISA MARASCO and MIKE McDONALD, |
| 5 | Cross-Defendants. _____/ |

IT IS HEREBY STIPULATED by and between counsel for all the parties that the Scheduling Conference Order issued March 30 2006, shall be amended. The parties have engaged in written discovery and conducted depositions. Additional depositions of the parties have been scheduled for September 2006. The parties intend to conduct these deposition and then conduct a mediation on November 29, 2006. Therefore, the parties have stipulated as follows:

    Discovery Cut-Off:
        Old Date:    October 23, 2006
        New Date:   February 2, 2007

    Non-Dispositive Motion Filing Deadline:
        Old Date:    November 7, 2006
        New Date:   February 28, 2007

    Dispositive Motion Filing Deadline:
        Old Date:    November 7, 2006
        New Date:   February 28, 2007

    Expert Disclosure Deadline:
        New Date:   March 12, 2007

    Settlement Conference Date:
        Old Date:    December 12, 2006 at 10:00a.m., Courtroom 7
        New Date:   March 12, 2007 at 10:00a.m., Courtroom 7

    Pre-Trial Conference Date:
        Old Date:    February 12, 2007 at 11:00a.m., Courtroom 3
        New Date:   April 9, 2007 at 11:00a.m., Courtroom 3

    Trial Date: (Jury Trial: 12 days)
        Old Date:    March 13, 2007 at 9:00a.m., Courtroom 3
        New Date:   May 8, 2007 at 1:00p.m., Courtroom 3

/ / /

00444461.WPD    STIPULATION AMENDING SCHEDULING ORDER AND ORDER THERON

1  Dated: August 10, 2006                PORTER, SCOTT, WEIBERG & DELEHANT
                                         A Professional Corporation
2

3
                                         By      / s /
4                                                Carl L. Fessenden
                                                 Attorney for Defendants and Cross-
5                                                Defendants SIERRA CHARTER
                                                 SCHOOL, LISA MARASCO and MIKE
6                                                McDONALD

7

8  Dated: August 10, 2006                MCCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP
9

10

11                                       By      / s /

12                                               Anthony N. DeMaria
                                                 Attorney for Defendant/Cross-Claimant
13                                               EASTERN SIERRA UNIFIED SCHOOL
                                                 DISTRICT and DEFENDANT JOEL
14                                               HAMPTON

15

16 Dated: August 10, 2006                CORNWELL & SAMPLE, LLP

17

18                                       By      / s /
                                                 Stephen R. Cornwell
19                                               Attorney for Plaintiff PEGGY ANN DAVIS

20

21
                                       **ORDER**
22
                                  IT IS SO ORDERED.
23
        **Dated:  August 10, 2006        /s/ Oliver W. Wanger**
24                  emm0d6UNITED STATES DISTRICT JUDGE

25

26

27

28
                                         3
   00444461.WPD     STIPULATION AMENDING SCHEDULING ORDER AND ORDER THERON