1  Stephen R. Cornwell, CA Bar #40737                    (SPACE BELOW FOR FILING STAMP ONLY)
   ░░░░░░░ & ░░░░░░, ░░░
2  Attorneys at Law
   7045 N. Fruit Avenue
3  Fresno, CA  93711-0761
   Telephone: (559) 431-3142
4  Facsimile:  (559) 436-1135

5  Attorneys for Plaintiff PEGGY ANN DAVIS

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PEGGY ANN DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA CHARTER SCHOOL; EASTERN SIERRA UNIFIED SCHOOL DISTRICT; LISA MARASCO; MIKE McDONALD; JOEL HAMPTON, DOES 1 TO 25<br><br>Defendants. | CASE NO. CIV. F-04-6599 OWW SMS<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

TO THE ABOVE UNITED STATES DISTRICT COURT AND THE CLERK OF THE COURT IN THE ABOVE-ENTITLED ACTION:

   Plaintiff PEGGY ANN DAVIS and Defendants/Cross-Claimants EASTERN SIERRA UNIFIED SCHOOL DISTRICT and Defendant JOEL HAMPTON and Defendants/Cross-Defendants SIERRA CHARTER SCHOOL, LISA MARASCO and MIKE McDONALD (collectively referred to as the "Parties") acknowledge that a bona fide dispute exists between the Parties in connection with the allegations in this lawsuit and that the Parties have agreed to resolve their disputes for fair consideration, conditioned upon dismissal of this lawsuit with prejudice.

   THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff PEGGY ANN DAVIS and Defendants Defendants/Cross-Claimants EASTERN SIERRA UNIFIED SCHOOL DISTRICT and Defendant JOEL HAMPTON and Defendants/Cross-

1  Defendants SIERRA CHARTER SCHOOL, LISA MARASCO and MIKE McDONALD,
2  through their respective counsel of record, that the above-entitled action be and hereby is
3  dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil
4  Procedure.  Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

6  DATED: December _____, 2006                    ▯▯▯▯▯▯▯ & ▯▯▯▯▯▯, ▯▯▯

By: _____/s/_____
Stephen R. Cornwell
René Turner Sample
Attorney for Plaintiff
PEGGY ANN DAVIS

13  DATED: December _____, 2006.                   McCORMICK, BARSTOW, SHEPPARD,
                                                  WAYTE & CARRUTH LLP

By: _____/s/_____
Anthony N. DeMaria
Attorney for Defendant/Cross-Claimant
EASTERN SIERRA UNIFIED
SCHOOL DISTRICT
and DEFENDANT JOEL HAMPTON

21  DATED: December _____, 2006.                   PORTER, SCOTT, WEBERG
                                                  & DELEHANT

By: _____/s/_____
Carl Fessenden
Attorney for Defendants/Cross-Defendants
SIERRA CHARTER SCHOOL,
LISA MARASCO and
MIKE McDONALD

1  **IT IS SO ORDERED.**

3  IT IS SO ORDERED.

4  **Dated:    January 9, 2007**            /s/ Oliver W. Wanger
    emm0d6                                 UNITED STATES DISTRICT JUDGE

CORNWELL & SAMPLE
7045 N. Fruit Avenue
Fresno, CA 93711

STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
-3-